orders granted, without costs. See, also, 132 N. Y. Supp. 1126.

---

DAVIS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Louis Davis, an infant, by Gus Davis, his guardian ad litem, against the City of New York.

PER CURIAM. Order affirmed, with costs.

JENKS, P. J., and BURR, J., dissent.

---

DEBOTTIS, Respondent, v. DEBOTTIS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by Mary Debottis against Frank Debottis, impleaded with others, etc.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. *Held,* that the findings are against the weight of the evidence.

KRUSE and ROBSON, JJ., dissent.

---

DE DIMENICO v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Amelia De Dimenico, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

---

DEIS, Respondent, v. BOHR, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by John Deis against Theodore B. Bohr. No opinion. Judgment and order of the County Court of Rockland County unanimously affirmed, with costs.

---

DELCAMBRE v. DELCAMBRE et al. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Alfred P. Delcambre, Sr., against Marie H. Delcambre and others. No opinion. Judgment affirmed, with costs. See, also, 146 App. Div. 889, 130 N. Y. Supp. 1109; 146 App. Div. 911, 131 N. Y. Supp. 1111.

---

DEMOND, Respondent, v. WOOD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by William Demond against Harry E. Wood. No opinion. Judgment and order affirmed, with costs.

---

DE NYIRI v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by John De Nyiri as administrator, etc., against the Pennsylvania Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

DICKEY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Adam Dickey against the International Railway Company.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

SPRING, J., not sitting.

---

DICKINSON, Respondent, v. HAIGHT, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Sarah M. Dickinson against Frederick A. Haight. No opinion. Judgment unanimously affirmed, with costs.

---

DI NAPOLI, Appellant, v. LATHROP et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by Antonia Di Napoli, as administratrix, etc., against Edward F. Lathrop and another. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs.

---

DI NAPOLI v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Antonia Di Napoli, as administratrix, etc., of Giovanni Di Napoli, deceased, against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment unanimously affirmed, with costs, on the authority of Di Napoli v. New York, N. H. & H. R. R. Co., 136 App. Div. 334, 120 N. Y. Supp. 905. See, also, 142 App. Div. 945, 127 N. Y. Supp. 1117.

---

DIXON, Respondent, v. SNOOK, Appellant. MAHANNA, Appellant, v. PHILIPS, Respondent. OTIS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Actions by Charles Dixon against Cortland Snook, by Jane Mahanna against Frank Philips, and by James S. Otis against the New York Central & Hudson River Railroad Company. No opinions. The foregoing cases, having been twice reached in their regular order upon the calendar, and twice passed, are dismissed, under general rule 39. See, also, 65 Misc. Rep. 166, 119 N. Y. Supp. 360; 131 N. Y. Supp. 1127.

---

DIXSON, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Agnes Dixson against Aaron D. Thompson. L. J. Morrison, for appellant. H. B. Johnson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

In re DOLLARD et al. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) In the matter of the compulsory judicial settlement of the account of

Henry S. Dollard and Albert H. Dollard, as executors, etc., of Samuel H. Dollard, deceased.
PER CURIAM. Order of the Surrogate's Court of Kings County (133 N. Y. Supp. 1107) affirmed, with $10 costs and disbursements.
BURR, J., not voting.

DONAHUE, Respondent, v. McCORKLE, Appellant. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) Action by George H. Donahue against Robert C. McCorkle. No opinion. Judgment and order unanimously affirmed, with costs.

DONALDSON, Appellant, v. FILBRICK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by John A. Donaldson, as trustee of the White Dairy, bankrupt, against Charles F. Filbrick and others. No opinion. Order affirmed, with $10 costs and disbursements.

DONOGHUE, Respondent, v. CALLANAN et al., Appellants. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Thomas Donoghue against William H. Callanan and others. J. De W. Warner, for appellants. J. A. Burdeau, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DONOHUE, Respondent, v. GILMAN, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by John J. Donohue against Theophilus Gilman. No opinion. Judgment of the County Court of Kings County unanimously affirmed, with costs.

DOOLING, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Robert Dooling, an infant, by Agnes Dooling, his guardian ad litem, against the City of New York. No opinion. Motion for leave to appeal (from 132 N. Y. Supp. 1012) to the Court of Appeals denied, without costs.

DOULER, Respondent, v. PRUDENTIAL INS. CO. OF AMERICA, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by James Douler against the Prudential Insurance Company of America. No opinion. Judgment and order affirmed, with costs. See, also, 143 App. Div. 537, 128 N. Y. Supp. 396.

DOWNES, Respondent, v. WELLS, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Archie B. Downes against Harrison Wells. No opinion. Judgment unanimously affirmed, with costs.

DRUMMOND, Respondent, v. ALFRED E. NORTON CO., Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Jennie Drummond, as administratrix, etc., against the Alfred E. Norton Company. F. V. Johnson, for appellant. G. W. Smith, for respondent. No opinion. Order affirmed, with costs. Order filed.

DRYSDALE, Appellant, v. NEW YORK STATE RYS., Respondent. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Arthur L. Drysdale, an infant, by Laney Drysdale, his guardian ad litem, against the New York State Railways. No opinion. Order affirmed, with costs.

DUNBAR, Respondent, v. NEW YORK VEAL & MUTTON CO., Appellant. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by Israel Dunbar, as administrator, against the New York Veal & Mutton Company. D. M. Wolff, for appellant. A. Pfeiffer, for respondent.
PER CURIAM. Judgment and order affirmed, with costs. Order filed.
SCOTT, J., dissents.

DUNN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by Elizabeth F. Dunn, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Passed twice, and dismissed, with costs, under rule 39. See, also, 138 App. Div. 371, 122 N. Y. Supp. 1066.

In re DWIGHT. (Supreme Court, Appellate Division, First Department. January 26, 1912.) In the matter of Edmund Dwight. No opinion. Motion denied. Order filed. See, also, infra.

In re DWIGHT. (Supreme Court, Appellate Division, First Department. February 9, 1912.) In the matter of Edmund Dwight, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, supra.

DYER, Respondent, v. RADERMACHER, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by James Dyer against John L. Radermacher. No opinion. Motion denied, with $10 costs. See, also, 131 N. Y. Supp. 601.

EISEMANN, Respondent, v. BUFFALO & L. E. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Ignatz Eisemann against the Buffalo & Lake Erie Traction Company. No opinion. Judgment and order affirmed, with costs.